QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John S. Purcell (Bar No. 158969)
 johnpurcell@quinnemanuel.com
Scott L. Watson (Bar No. 219147)
 scottwatson@quinnemanuel.com
Tamar Buchakjian (Bar No. 232734)
 tamarbuchakjian@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant
MITSUBISHI DIGITAL ELECTRONICS
AMERICA, INC.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| KELLY JOHNSON, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., a Delaware Corporation; and DOES 1 through 250, inclusive,<br><br>Defendant. | CASE NO. SACV07-0931 CJC (MLGx)<br><br>[~~PROPOSED~~] JUDGMENT IN FAVOR OF DEFENDANT MITSUBISHI DIGITAL ELECTRONICS AMERICA INC. |

02403.20546/2660048.1

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT MDEA.

The Court conducted a hearing on defendant Mitsubishi Digital Electronics Inc ("MDEA)'s Motion for Summary Judgment on September 8, 2008. The evidence and argument presented by the parties was duly considered by the Court and, on September 24, 2008, the Court granted MDEA's Motion for Summary Judgment in its entirety.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that judgment be entered against plaintiff Kelly Johnson and in favor of defendant MDEA on plaintiff's Complaint, that plaintiff shall recover nothing, that plaintiff's Complaint is dismissed with prejudice, and that defendant MDEA shall recover its costs of suit.

Dated: October 14, 2008

By: _____
The Honorable Cormac J. Carney
United States District Court Judge

Respectfully submitted by:

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP


By:/s/_____
John S. Purcell
Attorneys for Defendant
Mitsubishi Digital Electronics Inc.

02403.20546/2660048.1

2
[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT MDEA